| AO 10* Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) MCKEE, THEODORE A. | 2. Court or Organization U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT | 3. Date of Report 09/29/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final   Date 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

20614 U.S. COURTHOUSE
601 MARKET STREET
PHILDELPHIA,
PA. 19106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  GENERAL PARTNER | PUJKEE ASSOCIATES; (see section viii for information) |
| 2.  ADVISORY BOARD | CITY YEAR OF GREATER PHILADELPHIA |
| 3.  TRUSTEE | TEMPLE UNIVERSITY |
| 4.  TRUSTEE | SYRACUSE UNIVERSITY |
| 5.  Director | Vera Institute of Justice |
| 6.  BOARD OF VISITORS | TEMPLE UNIVERSITY COLLEGE OF LAW |
| 7.  BOARD OF VISITORS (honorary member) | SYRACUSE UNIVERSITY COLLEGE OF LAW |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | ADMINISTRATIVE OFFICE OF THE PENNSYLVANIA COURTS | $12,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | JOINT COMMISSION |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5/5 to 5/6 | Washington DC | Association Meeting | lodging and meals |
| 2. | NEW YORK UNIVERSITY | 3/28 TO 4/2 | NEW YORK CITY | INTERVIEWING ADMITTED STUDENTS TO SELECT WINNERS OF PUBLIC INTEREST FELLOWSHIP | LODING AND MEALS AND TRAVEL |
| 3. | SYRACUSE UNIVERSITY COLLEGE OF LAW | 4/1 TO 4/3 | SYRACUSE NEW YORK | MOOT COURT | LODING, MEALS AND TRAVEL |
| 4. | VERA INSTTIUTE OFJUSTICE | 4/8 | NEW YORK CITY | BOARD MEETING | TRAIN FARE |

| Name of Person Reporting | Date of Report |
|---|---|
| **MCKEE, THEODORE A.** | 09/29/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 5. | SYRACUSE UNIVERSITY | 4/11 | SYRACUSE NEW YORK | INAUGURATION OF NEW CHANCELLOR - JUSTICE O'CONNOR WAS SPEAKER | AIR FARE |
| 6. | AMERICAN CONSTITUTION SOCIETY | 6/19 TO 6/20 | WASHINGTON D.C. | MODERATE PANEL | LODGING WAS PREPAID; |
| 7. | SYRACUSE UNIVERSITY | 8/18 TO 8/19 | SYRACUSE NEW YORK | PARTICIPATE IN LAW SCHOOL ORIENTATION | AIR TRAVEL AND LODGING |
| 8. | SYRACUSE UNIVERSITY LAW SCHOOL | 9/11 TO 9/12 | SYRACUSE NEW YORK | KEYNOTE SPEAKER AT OPENING OF NEW LAW SCHOOL BUILDING | AIR FARE AND LODGING; AND MEALS |
| 9. | VERA INSTITUTE OF JUSTICE | 12/4 | NEW YORK CITY | BOARD MEETING | TRAVEL |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CARDINAL HEALTH | A | Dividend | J | T | | | | | |
| 2. COCA COLA | A | Dividend | J | T | | | | | |
| 3. COLGATE PALMOLIVE | A | Dividend | J | T | | | | | |
| 4. DOMINI SOCIAL INDEX FUND | A | Dividend | J | T | | | | | |
| 5. JOHNSON & JOHNSON | A | Dividend | J | T | | | | | |
| 6. MERCK (SEE Section VIII) (Y) | A | Dividend | J | T | | | | | |
| 7. PAX WORLD SOCIAL FUND | A | Dividend | | | Closed | 7/25/14 | J | B | |
| 8. VERIZON | A | Dividend | J | T | | | | | |
| 9. WHOLE FOODS MARKET | A | Dividend | | | Closed | 9/10/14 | J | C | |
| 10. CISCO | A | Dividend | J | T | | | | | |
| 11. WASHINGTON MUTUAL FUND | A | Dividend | J | T | | | | | |
| 12. HENRY SCHEIN STOCK | A | Dividend | J | T | | | | | |
| 13. FRANKLIN FLTG RAGE, FCRX | A | Dividend | J | T | | | | | |
| 14. CALVERT INCOME FUND | A | Dividend | J | T | | | | | |
| 15. AMERICAN EURO PACIFIC MUTUAL FUND | A | Dividend | J | T | | | | | |
| 16. PAX WORLD SOCIAL FUND | A | Dividend | | | Closed | 7/25/14 | J | B | |
| 17. GFACX-AMERICAN GROWTH | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CALVERT GLOBAL WATER FUND | A | Dividend | J | T | Open | 7/30/14 | J | | |
| 19. PROCTOR & GAMBLE | A | Dividend | J | T | | | | | |
| 20. JOHN HANCOCK MUTUAL FUND (JCVCX) | A | Dividend | J | T | | | | | |
| 21. DREYFUS FUND STRUCTURED MID CAP FD CL C | A | Dividend | J | T | | | | | |
| 22. CARLISLE COMPANIES (CSL) | A | Dividend | J | T | | | | | |
| 23. AMERICAN BOND FUND (ABNDX) | A | Dividend | J | T | | | | | |
| 24. AMERICAN CAPITAL WORLD GROWTH FUND (CWGIX) | A | Dividend | J | T | | | | | |
| 25. SENTINEL FUNDS SS CORE A | A | Dividend | J | T | | | | | |
| 26. SENTINEL FUNDS SSMIDCAP A | A | Dividend | J | T | | | | | |
| 27. PNC MONEY MARKET ACCOUNT (SEE SECTION VIII) | A | Dividend | N | T | | | | | |
| 28. APPLE INC (AAPL) | A | Dividend | J | T | Buy (add'l) | 7/11/14 | J | | |
| 29. APPLE | A | Dividend | J | T | Buy (add'l) | 8/8/14 | J | | |
| 30. APPLE | A | Dividend | J | T | Buy (add'l) | 8/21/14 | J | | |
| 31. APPLE | A | Dividend | J | T | Buy (add'l) | 9/10/14 | J | | |
| 32. APPLE | A | Dividend | J | T | Buy (add'l) | 9/26/14 | J | | |
| 33. VECTREN CORP | A | Dividend | J | T | Open | 8/8/14 | J | | |
| 34. AMERICAN CENT MID CAP VALUE INV SHS | A | Dividend | J | T | Open | 10/6/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COHEN & STEERS REALTY SHARES | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 36. DELAWARE VALUE FUND INSTITUTIONAL | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 37. EATON VANCE GLOBAL MACRO ABSLTE RT CL I | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 38. FEDERATED TOTAL RETURN BOND IS | A | Dividend | J | T | Open | 10/60/14 | J | | |
| 39. FIDELITY ADVISOR FL RATE HIGH INC CL I | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 40. HARBOR CAPITAL APPRECIAT INSTL | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 41. ISHARES RUSSELL 2000 GROWTH ETF | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 42. MAINSTAY EPOCH GLOBAL EQUITY YLD I | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 43. METROPOLITAN WEST TOTAL RETURN CLASS I | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 44. OPPENHEIMER INTL GROWTH FD Y | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 45. OPPENHEIMER DEV MARKETS | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 46. POWERSHARES FTSE RAFI US 1000 ISIN | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 47. T. ROWE PRICE MID CAP GROWTH | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 48. T. ROWE PRICE INTL DISCOVERY FUND | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 49. ROYCE OPPORTUNITY FD SVCS CL | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 50. TEMPLETON GLOBAL BOND ADVISOR FD CLASS | A | Dividend | J | T | Open | 10/6/14 | J | | |
| 51. AMERICAN CENTURY MID CAP VALUE INV SHS | A | Distribution | J | T | Buy (add'l) | 12/23/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COHEN & STEERS REALTY SHARES | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 53. DELAWARE VALUE FUND INSTITUTIONAL | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 54. EATON VANCE GLOBAL MACRO ABSLTE RT CL I | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 55. FEDERATED VANCE GLOBAL MACRO ABSLTE RT CL I | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 56. FIDELITY ADVISOR RATE HIGH INC CL I | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 57. HARBOR CAPITAL APPRECIAT INSTL | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 58. ISHARES RUSSELL 1000 GROWTH ETF | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 59. ISHARES RUSSELL 2000 GROWTH ETF | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 60. MAINSTAY EPOCH GLOBAL EQUITY YLD I | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 61. METROPOLITAN WEST TOTAL RETURN CLASS I | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 62. OPPENHEIMER INTL GROWTH FD Y | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 63. OPPENHEIMER DEV MARKETS FD CLASS Y | A | Distribution | J | T | Buy (add'l) | 12/23/14 | J | | |
| 64. POWERSHARES FTSE RAFI US 1000 ISIN | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 65. T ROWE PRICE MID CAP GROWTH | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 66. T ROWE PRICE INTL DISCOVERY FUND | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 67. ROYCE OPPORTUNITY FD SVCS CL | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |
| 68. TEMPLETON GLOBAL BOND ADVISOR CLASS | A | Dividend | J | T | Buy (add'l) | 12/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JOHNSON AND JOHNSON | A | Dividend | J | T | Sold (part) | 7/11/201 | J | A | |
| 70. APPLE | A | Dividend | J | T | Buy (add'l) | 7/11/14 | J | | |
| 71. PAX WORLD BALANCED FD INDIVIDUAL INV CL | A | Dividend | | | Sold (part) | 7/25/14 | J | B | |
| 72. CALVERT GLOBAL WATER FD CL A | A | Dividend | J | T | Buy (add'l) | 7/30/14 | J | | |
| 73. A G L RESOURCES (GS) | A | Dividend | J | T | Open | 8/8/14 | J | | |
| 74. APPLE | A | Dividend | J | T | Buy (add'l) | 8/8/14 | J | | |
| 75. PAX WORLD BALANCED FUND | A | Distribution | | | Closed | 8/8/14 | J | A | |
| 76. CALVERT GLOBAL WATER FD CL A | A | Dividend | J | T | Buy (add'l) | 8/8/14 | J | | |
| 77. INTEL | A | Dividend | J | T | Buy (add'l) | 8/13/14 | J | | |
| 78. CALVERT GLOBAL WATER FD CL A | A | Dividend | J | T | Buy (add'l) | 8/13/14 | J | | |
| 79. INTEL | A | Distribution | J | T | Buy (add'l) | 8/21/14 | J | | |
| 80. APPLE | A | Dividend | J | T | Buy (add'l) | 8/21/14 | J | | |
| 81. PAX WORLD BALANCED FD | A | Dividend | | | Closed | 8/21/14 | J | B | |
| 82. CALVERT GLOBAL WATER FD CL A | A | Dividend | J | T | Buy (add'l) | 8/22/14 | J | | |
| 83. WHOLE FOODS MARKET INC | A | Dividend | | | Closed | 9/10/14 | J | A | |
| 84. BARCLAYS BANK IPATH DJ UBS COFFEE ETN | A | Dividend | J | T | Open | 9/10/14 | J | | |
| 85. APPLE | A | Dividend | J | T | Buy (add'l) | 9/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCKEE, THEODORE A. | 09/29/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. JOHNSON & JOHNSON | A | Dividend | J | T | Sold (part) | 9/26/14 | J | | |
| 87. APPLE | A | Dividend | J | T | Buy (add'l) | 9/26/14 | J | | |
| 88. BARCLAYS BANK IPATH BLOOMBERG COFFEE ETN | A | Dividend | J | T | Buy (add'l) | 9/26/14 | J | | |
| 89. APPLE | A | Dividend | J | T | Buy (add'l) | 9/26/14 | J | | |
| 90. FUJIFIL HLDGS CORP ADR 1 (SEE SEC VIII) | A | Dividend | | | Closed | 8/21/14 | J | A | |
| 91. Vanguard Total Bond Mkt Fund | A | Dividend | J | T | Open | 10/17/14 | J | | |
| 92. Amercan Balanced Fund | A | Dividend | J | T | Open | 9/13/14 | J | | |
| 93. American Bond Fund | A | Dividend | J | T | Open | 9/13/14 | | | |
| 94. American New Perspective Fund | A | Dividend | J | T | Open | 9/13/14 | | | |
| 95. AMERICAN WASHINGTON MUTUAL FUND (WASHINGTON MUTUAL FUND) | A | Dividend | J | T | Buy (add'l) | 9/13/14 | | | |
| 96. AMERICAN EURO PACIFIC FUND INC CL A | A | Dividend | J | T | Buy (add'l) | 9/13/14 | | | |
| 97. AMERICAN BALANCED FUND | A | Dividend | J | T | Buy (add'l) | 9/13/14 | | | |
| 98. AMERICAN BOND FUND OF AMEICA CL A | A | Dividend | J | T | Buy (add'l) | 9/13/14 | | | |
| 99. SEE SECTION VIII | | | | | | | | | |
| 100. iShares Russell 1000 Growth ETF | A | Dividend | K | T | Open | 10/6/14 | | | |
| 101. IShares Russell 2000 Growth ETF | A | Dividend | J | T | Open | 10/6/14 | | | |
| 102. Tupperware (see Section VIII) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section I: I am a general partner in an informal (no formal partnership agreement) that owns a multi unit residential building where our mothers used to live.

Section VII Line 6 MERCK: As noted in section VIII of last year's report, some of my priior equities have been carried on subsequent reports because fractional shares remained in the account. MERCK is one of these equities. Although MERCK shows in one ▮▮▮▮ accounts, the value is de minimis and results from fractional shares that were deposited between the date of a sell order being placed and the date the time the order actually was processed and closed.

SECTION VII LINE 27: AS I SAID ON MY REPORT LAST YEAR: I SEE NO REASONED OR LEGITIMATE REASON FOR REQUIRING DISCLOSURE OF WHERE BANK ACCOUNTS ARE HELD. NEVERTHELESS I AM REPORTING IT AS IT IS MY UNDERSTANDING IT IS REQUIRED BY STATUTE. AS FAR AS I AM CONCERNED, THIS IS AN INVITATION TO IDENTITY THEFT AND FRAUD AND WILL NOT BE CORRECTED UNTIL SOMEONE IS VICTIMIZED BY THIS MINDLESS REQUIREMENT!!

SECTION VII LINE 90; FUJIY WAS INADVERTENTLY OMITTED FROM MY PRIOR REPORT. I DISCOVERED THIS WHEN REVIEWING THE 2014 TRANSACTIONS IN THE ACCOUNT WHERE IT HAD BEEN HELD. IT WAS PURCHASED ON 2/27/13 FOR VALUE CODE J. THIS IS A FOREIGN ADR THAT DOES NOT PAY DIVIDENDS OR INCOME THERFORE COLUMN C WOULD HAVE BEEN BLANK ON MY 2013 FDR. I CLOSED THE HOLDING ON 8/21/14 BYSALE WITH VALUE CODE J AND GAIN OF A

AS I EXPLAINED LAST YEAR. ▮▮▮▮▮▮▮▮ I HAVE RETIREMENT IRAS AT TIAA CREFF. THESE ACCOUNTS HOLD NUMEROUS MUTUAL FUNDS. HOWEVER, WE DO NOT TRADE THESE FUNDS, NOR CAN WE. WE HAVE INFORMED OUR ACCOUNT REPREENTATIVE OF THE AMOUNT OF RISK EACH OF US IS COMFORTABLE WITH AND HE THEN ACQUIRES FUNDS THAT ARE CONSISTENT WITH THAT LEVEL OF RISK. I BELIEVE HE WILL, FROM TIME TO TIME, TRADE THE FUNDS AS INDICATORS CHANGE. WE HAVE NO SAY IN THESE TRADES, IN FACT, WE ARE NOT EVEN INFORMED OF THEM UNTIL WE RECIEVE A STATEMENT REFLECTING THAT ACTIVITY.
AS REPORTED,THE INVESTMENTS THAT HAVE BEEN HELD IN THESE ACCOUNTS WHICH ARE NOT LISTED IN SECTION VII BECAUSE THERE WAS NO ACTIVITY IN 2014 ARE:

TIAA TRADITIONAL

CREF GLOBAL EQUITIES

CREF STOCK

DFA EMERGING MARKETSW CORE EQITY PORTFOLIO INST

DFA US TARGETED VALUE PORTFOLIO R1

TIAA-CREFF INTERNATIONAL EQUITY INDEX FUND - RETIREMENT CLASS

TIAA-CREFF LAREFE-CAP VALUE FUND RETIREMENT CLASS

TIAA REAL ESTATE

CREF BOND MARKET

CREF INFLATION-LINKED BOND

VANGUARD TOTAL BOND MARKET INDIX FUND-SIGNAL SHARES
CREF MONEY MARKET

TIAA-CREF LIFECYCLE INDIX 2015 FUND-RETIREMENT CLASS

AFTER TAX ANNUITY

TEACHERS PERSONAL ANNUITY FIXED ACCOUNT

BROKERAGE

DREYFUS GOVT PRIME INV SH

AMEICAN CENTURY VALUE FUND INSTITUTIONAL CLASS
DELAWARE SMALL -CAP VALUD FUND (INSTITUTIONAL)

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

DELAWARE DIVERSIFIED INCOME FUND CLASS I

HARDING LOEVNER INSTITUTIONAL EMERGING MARKETS CLASS I

ISHARES TR TIPS BD ETF

ISHARES TR CORE US AGGREGATE BDE ETF

PIMCO EMERGING LOCAL BOND FUND INSTUTIONAL CLASS

PRUDENTIAL JENNISON 20/20 FOCUS FUND-CLASS Z

TIAS-CREF MID-CAP VALUE FUND INSTITUTIONAL CLASS

USAA SHORT-TERM BOND FUND INSTITUTIONAL CLASS

VANGUARD BD INDEX FD INC SHORT TERM BD ETF.


PLEASE NOTE. SOME OF THESE INVESTMENTS WERE HELD IN THE RETIREMENT ACCOUNTS IN PAST YEARS. PURSUANT TO INSTRUCTIONS I RECEIVED FROM THE COMMITTEE'S COUNSEL LAST YEAR, I DID NOT THINK IT NECESSARY TO TRY TO RECONSTRUCT THE INVESTMENT THAT HAVE BEEN HELD IN THESE IRA ACCOUNTS SINCE THEIR INCEPTION. IN FACT, MY IRA ACCOUNT DATES BACK TO MY FIRST JOB AFTER COLLEGE IN 1969. RATHER, I ASKED OUR ACCOUNT REP LAST YEAR TO GIVE ME A LIST OF ALL INVESTMENTS THAT HAD EVER BEEN HELD IN ANY OF OUR IRAS FOR AS FAR BACK AS HE COULD RECONSTRUCT. THAT IS THE ABOVE LIST. TO THE EXTENT THAT HE HAS INFORMED ME THAT ANY OF THE ITEMS ON LAST YEAR'S LIST IN SECTION VII ARE HELD AND HAD VALUE DURING 2014 OR WERE TRADED DURING 2014, I HAVE INCLUDED IT IN SECTION VII. FOR EXAMPLE, SEE SECTION VII LINE 42 MAINSTAY EPOCH GLOBAL EQUITY, LISTED ON THE ADDENDEUM IN SCHEDULE VIIII LAST YEAR BUT OMITTED FROM SECTION VIII THIS YEAR BECAUSE I WAS ABLE TO DETERMINE THAT IT IS STILL HELD AND I THERFORE LISTED IT IN SECTION VII.

PLEASE INFORM ME IF THIS IS NOT SATISFACTORY. I HAVE NOT BEEN INVOLVED IN ANY CASE WHERE THE INTEREST OF ANY OF THESE INVESTMENT VEHICLES WAS AN ISSUE OR (TO MY KNOWLEDGE) WOULD HAVE BEEN AFFECTED BY OUR DECISION.

LINE 102 - TUPPERWARE: PLEAES NOTE THAT TUPPERWARE HAS BEEN INADVERTENTLLY CARRIED ON PAST DISCLOSURE REPORTS AFTER THE POSITIION WAS CLOSED. ALL SHARES WERE SOLD ON AUGUST 5, 2010 FOR VALUE CODE OF "J" AND A GAIN/LOSS OF "A". IT WAS A MARKET SALE THROUGH OUR BROKER. PLEASE ACCEPT THIS AS A CORRECTION TO SUBSEQUENT REPORTS AFTER 2010 THAT ERRONEOUSLY LILSTED A POSITION IN TUPPERWARE.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ THEODORE A. MCKEE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544